**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 65 WAL 2022

Respondent    :

   :   Petition for Allowance of Appeal
   :   from the Order of the Superior Court

v.    :

NICHOLAS CONNERS,    :

Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 11th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.